**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

OSWALD R. FINDLAY

Case No.:  **20-10401**

Adv. No.:

Hearing Date:  **11/12/2020**

Judge:  **JKS**

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/09/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
OSWALD R. FINDLAY
142 ORANGE STREET
ENGLEWOOD, NJ  07631
Mode of Service:  Regular Mail

Attorney for Debtor(s):
LEONARD R BOYER
BOYER COFFY LLC
970 CLIFTON AVE.
STE 201
CLIFTON, NJ  07013
Mode of Service:  Regular Mail

Dated:  October 09, 2020

By:   /S/  Jackie Michaels
Jackie Michaels